UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Levern Junior Jacobs**                                      **Docket No. 4:25-CR-6-1M**

**Petition for Action on Supervised Release**

COMES NOW Stephen W. Larson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Levern Junior Jacobs, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon-Armed Career Criminal, in violation of 18 U.S.C. §§ 922(g) and 924(e), was sentenced in the Western District of North Carolina by the Honorable Richard L. Voorhees, United States District Judge, on March 1, 2006, to the custody of the Bureau of Prisons for a term of 288 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Levern Junior Jacobs was released from custody on January 2, 2025, at which time the term of supervised release commenced. On January 23, 2025, the defendant's conditions were modified to include mental health treatment after the defendant signed a Waiver of Hearing. On January 30, 2025, jurisdiction was transferred to the Eastern District of North Carolina and assigned to The Honorable Richard E. Myers II, Chief United States District Judge

On April 4, 2025, a Violation Report was submitted to the court advising that the defendant tested positive for cocaine via instant urine screen. The defendant admitted to using cocaine on April 1, 2025. The defendant was verbally reprimanded and counseled about his actions. Jacobs agreed to continue substance abuse treatment and follow all recommended treatment that the provider deemed necessary. The probation office respectfully recommended that no further action be taken, and the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 30, 2025, the defendant tested positive for cocaine via instant urine screen. Jacobs admitted to using cocaine on May 29, 2025, and signed an admission of drug use form. The defendant was verbally reprimanded and counseled about his actions. Jacobs agreed to continue substance abuse treatment and follow all recommended treatment that the provider deems necessary. As a sanction for this violation, the probation office respectfully recommends that the defendant complete 60 days curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to location monitoring technology as determined by the U.S. Probation Officer and comply with its requirements as directed.

Except as herein modified, the judgment shall remain in full force and effect.

Levern Junior Jacobs
Docket No. 4:25-CR-6-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Stephen W. Larson
Stephen W. Larson
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2343
Executed On: May 30, 2025

### ORDER OF THE COURT

Considered and ordered this 2d day of June, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge